IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN FIAL and J. F., a minor, by his next friend, JOHN FIAL,<br><br>         Plaintiffs,<br>    v.<br><br>CHILDPEACE MONTESSORI,<br><br>         Defendant. | Case No.: 3:25-cv-00696-JR<br><br><br>ORDER |

**Adrienne Nelson, District Judge:**

United States Magistrate Judge Jolie A. Russo issued an Amended Findings and Recommendation in this case, ECF [21], on October 20, 2025. In the Amended Findings and Recommendation, Judge Russo recommends that this Court grant defendant's motion to dismiss, ECF [14], and dismiss the self-represented plaintiffs' complaint without prejudice and with leave to amend within thirty days of the entry of this Order. Objections were due November 3, 2025. No party has filed objections. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). No standard of review is prescribed for portions of the report for which no objections are filed, and no review is required in the absence of objections. *Thomas v. Arn*, 474 U.S. 140, 152-54 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). A district judge is not, however, precluded from reviewing the report *sua sponte* under a *de novo*, or any other, standard. *Thomas*, 474 U.S. at 154; *Decker v. Berryhill*, 856 F.3d 659, 663 (9th Cir. 2017). Courts in this district have followed the Advisory Committee's recommendation that, when no timely objection is filed, findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment;

1

*see, e.g.*, *Hayden v. United States*, 147 F. Supp. 3d 1125, 1127 (D. Or. 2015) (following the recommendation of the Advisory Committee and reviewing magistrate judge's findings and recommendations for "clear error on the face of the record"); *Toohey v. Wyndham Worldwide Corp. Health & Welfare Plan*, 673 F. Supp. 2d 1223, 1224 (D. Or. 2009) (adopting unobjected to findings and recommendation under clear error standard).

Because no party in this case has made objections, this Court reviews Judge Russo's Amended Findings and Recommendation for clear error on the face of the record. Finding no such error, the Court ADOPTS Judge Russo's Amended Findings and Recommendation, ECF [21]. Defendant's motion to dismiss, ECF [14], is GRANTED. The complaint is DISMISSED without prejudice and with leave to amend within thirty (30) days of the date of this Order. Any amended complaint must conform with the Amended Findings and Recommendation, ECF [21].

IT IS SO ORDERED.

DATED this 12th day of January, 2026.

*[signature: Adrienne E. Nelson]*

Adrienne Nelson
United States District Judge